IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DALE L. BARTA, ) | |
| ) | 8:06cv515 |
| Plaintiff, ) | |
| ) | ORDER OF REFERRAL |
| vs. ) | |
| ) | |
| JACK TODD, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the complaint filed by the plaintiff, Dale L. Barta, who alleges that the defendants violated the discharge injunction of 11 U.S.C. § 524, in violation of the Bankruptcy Code. This case appears to be related to BK 96-40899. Therefore, pursuant to NEGenR. 1.5(a),

IT IS ORDERED:

1. That this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. That the Clerk of Court shall terminate this case for statistical purposes; and

3. That the Clerk shall deliver the court file to the Clerk of the Bankruptcy Court.

July 31, 2006.　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge