IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DALE L. BARTA,<br><br>   Plaintiff,<br><br>vs.<br><br>JACK TODD, et al.,<br><br>   Defendants. | 8:06cv515<br><br>ORDER OF REFERRAL |

This matter is before the court on the complaint filed by the plaintiff, Dale L. Barta, who alleges that the defendants violated the discharge injunction of 11 U.S.C. § 524, in violation of the Bankruptcy Code. This case appears to be related to BK 96-40899. Therefore, pursuant to NEGenR. 1.5(a),

IT IS ORDERED:

1. That this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. That the Clerk of Court shall terminate this case for statistical purposes; and

3. That the Clerk shall deliver the court file to the Clerk of the Bankruptcy Court.

July 31, 2006.        BY THE COURT:

                 s/ *Richard G. Kopf*
                 United States District Judge